UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES M. RAPER, JR.                                                        PLAINTIFF
ADC #663449

V.                     No. 4:21-CV-00944-BRW-JTR

ASA HUTCHINSON, Governor,
State of Arkansas; TINA MAXWELL,
Warden, SWACCC; J. Minors, Assistant
Warden, SWACCC; ROSE BRADLEY,
Head of Keefe Commissary, SWACCC;
KEEFE-COFFEE COMPANY, Commissary
Prison Contract Provider, SWACCC                  DEFENDANTS

## TRANSFER ORDER

Plaintiff James M. Raper, Jr. ("Raper") is a prisoner in the Southwest Arkansas Community Correction Center ("SWACCC") in Texarkana, Arkansas. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights at the SWACC. *See Doc. 2*.

Four of the six named Defendants work at the SWACC. *Id.* The other two Defendants, Governor Asa Hutchinson and the Keefe-Coffee Company, are not alleged to have been directly involved in the constitutional violations that occurred at the SWACCC. *Id.*

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See*

28 U.S.C. § 1391(b). The events giving rise to Plaintiff's claims occurred at the SWACCC, located in Texarkana, Arkansas, which is in the Western District of Arkansas. Thus, the Court concludes that the interest of justice would best be served if this case was transferred to that federal court. *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

    IT IS THEREFORE ORDERED THAT this case is hereby IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

    DATED this 20th day of October, 2021.

                                         /s/ J. Thomas Ray
                                         UNITED STATES MAGISTRATE JUDGE